IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02235-CMA-KLM

DR. HAZEL JOSEPH,

    Plaintiff,

v.

BANNER HEALTH d/b/a NORTH COLORADO MEDICAL CENTER, and
DR. GENE TULLIS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Compel Responses to Discovery Requests** [Docket No. 20; Filed April 2, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Pursuant to the Scheduling Order issued by the Court, prior to filing a motion to compel discovery, the parties must appear for a telephonic hearing on the discovery dispute at issue. *See* Scheduling Order § 8(h)(5) [Docket No. 16; Filed November 19, 2009]. In order to schedule the hearing, Defendants' counsel is directed to initiate a conference call with Plaintiff's counsel and then contact the chambers at 303-335-2770.

Dated: April 5, 2010