IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02235-CMA-KLM

DR. HAZEL JOSEPH,

    Plaintiff,

v.

NORTH COLORADO MEDICAL CENTER, INC., and
DR. GENE TULLIS,

    Defendants.

## ORDER REGARDING DEFENDANTS' MOTION FOR ATTORNEY FEES

This matter is before the Court on Defendants' Motion for Attorney's Fees (Doc. # 30). The Court, being fully advised, GRANTS the motion. It is hereby

ORDERED that Plaintiff shall pay Defendants' Attorney's Fees in the amount of $1,942.50.

DATED: October 6, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge